UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.L.S.,<br><br>        Petitioner,<br><br>  v.<br><br>ERNESTO SANTACRUZ, JR., *et al.*<br><br>        Respondents. | Case No. 5:25-cv-02927-CV (MBKx)<br><br>**ORDER ISSUING PRELIMINARY INJUNCTION PURSUANT TO ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DOC. # 13]** |

    On November 20, 2025, the Court issued a Temporary Restraining Order ("TRO"), which (1) ordered Respondents to immediately release Petitioner from custody, (2) enjoined and restrained Respondents from re-detaining Petitioner without notice and a pre-detention hearing, and (3) enjoined Respondents from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court. Doc. # 13 at 12. The TRO also ordered Respondents to show cause why a preliminary injunction should not issue by November 28, 2025, and noted that Respondents' failure to do so would "be deemed as consent to the granting of a Preliminary Injunction." *Id.* at 12–13.

1  Respondents did not file a response to the order to show cause. Petitioner filed a
2  reply on December 2, 2025, stating that it had not received a response from Respondents,
3  and confirming that Respondents complied with the TRO by releasing Petitioner from
4  custody. Doc. # 14 at 2. Accordingly, the Court issues a Preliminary Injunction and
5  ORDERS as follows:
6      1. For the pendency of this lawsuit, Respondents are enjoined and restrained from
7  re-detaining Petitioner without notice and a pre-detention hearing.
8      2. To preserve the Court's jurisdiction, for the pendency of this lawsuit,
9  Respondents are enjoined from transferring, relocating, or removing Petitioner outside of
10 the Central District of California pending final resolution of this case or further order of
11 the Court, unless executing a final order of removal issued against Petitioner.

**IT IS SO ORDERED**.

Dated: 12/3/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE